1 | BENJAMIN B. WAGNER
United States Attorney
2 | KYLE REARDON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700

**FILED**

MAR 28 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  Case No. 2:13-CR-0102 MCE
                                    )
            Plaintiff,              )
                                    )
    v.                              )  ORDER TO SEAL
                                    )
ANDREI RAMANIUK,                    )  (UNDER SEAL)
                                    )
            Defendant.              )
                                    )
                                    )

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED:  3/28/13

_____
ALLISON CLAIRE
United States Magistrate Judge

1